UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ROBERT JOSEPH CUMPIAN,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )  Case No. CIV-25-985-G |
| | ) |
| **JESSICA GIBBY et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

## ORDER

On August 29, 2025, Plaintiff Robert Joseph Cumpian initiated this civil action, naming multiple defendants and alleging that, in an action in an Oklahoma state court, his children had been wrongfully removed from his custody. *See* Compl. (Doc. No. 1) at 2-5.

Federal Rule of Civil Procedure 5.2 prescribes how parties are to present certain categories of personally identifiable information, including social security numbers, dates of birth, and the names of minors, in documents and exhibits filed with the Court. *See* Fed. R. Civ. P. 5.2(a). A party filing a document that includes these types of identifying information is required to redact the filing in accordance with the Rule. *See id.* R. 5.2(a)(1)-(4). Alternatively, an unredacted copy of the document may be filed under seal. *See id.* R. 5.2(d). The Court's local rule prescribes that "[l]eave of court is required to file a document or portion of a document under seal" and that leave of court "shall be requested by filing a motion" requesting permission to file the document under seal. LCvR 5.2.2; *see also* Gen. Order No. 25-5 (W.D. Okla.) at 1 & n.1.

The record reflects that certain exhibits to the Complaint contain information for

which redaction is required by Rule 5.2(a). These exhibits have been partially, but not effectively, redacted, and Plaintiff did not request to file these documents under seal. Because the following documents contain unredacted information other than Plaintiff's own, good cause exists to seal the documents from public view.

The Court DIRECTS the Clerk of Court to place the following documents under seal: Exhibits 2, 3, 4, and 5 to the Complaint (Doc. Nos. 1-2, 1-3, 1-4, 1-5) and Plaintiff's Application to Proceed *in Forma Pauperis* (Doc. No. 2).

Plaintiff is ADVISED that all other documents filed in this case are currently accessible on the public docket. Plaintiff is further ADVISED that he may request to have case filings placed under seal by filing a written motion with the Court.

IT IS ORDERED that, for any future filings containing personally identifiable information, Plaintiff must either properly redact the information or seek leave to file the document under seal in accordance with the Federal Rules of Civil Procedure and this Court's Local Civil Rules and General Orders. *See* Fed. R. Civ. P. 5.2(a); LCvR 5.2.2; Gen. Order No. 25-5; *see also Garrett v. Shelby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005).

IT IS SO ORDERED this 10th day of September, 2025.

_____
CHARLES B. GOODWIN
United States District Judge